1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4
   LAURA M. DURITY
   Special Assistant United States Attorney
5
6      150 Almaden Boulevard
       San Jose, California 95113
7      Telephone: (408) 535-0931
       Facsimile:  (408) 535-5066          ***E-FILED - 2/12/09***
       Email: laura.durity@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14 UNITED STATES OF AMERICA,          )   No.   CR 08-00922 RMW
                                      )
15      Plaintiff,                    )   STIPULATION TO CONTINUE STATUS
                                      )   CONFERENCE; [] ORDER
16      v.                            )
                                      )
17 SALVADOR BUENROSTRO-GIL            )
                                      )
18      Defendant.                    )
                                      )
19 _____)

20     Defendant and the government, through their respective counsel, hereby stipulate that,

21 subject to the court's approval, the hearing date in the above-captioned matter, presently

22 scheduled on Monday, February 9, 2009 is to be continued to Monday, February 23, 2009 at 9

23 a.m.  The continuance is necessary for defense counsel's preparation and for defense continuity

24 of counsel.

25     The parties further agree and stipulate that time should be excluded from and including

26 Monday, February 9, 2009 through and including Monday, February 23, 2009, to provide defense

27 counsel reasonable time to prepare, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A)

28 and (B)(iv).  Accordingly, the United States and the defendant agree that granting the requested

1  exclusion of time will serve the interest of justice and outweigh the interest of the public and the
2  defendant in a speedy trial.
3
4  DATED: February 3, 2009                    JOSEPH P. RUSSONIELLO
                                              United States Attorney
5
6                                             ___/s/_____
                                              LAURA M. DURITY
7                                             Special Assistant United States Attorney
8
9                                             ___/s/_____
                                              LARA VINNARD
10                                            Attorney for Defendant

1 **ORDER**

2 Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the hearing date presently set for Monday, February 9, 2009 will be continued to
4 Monday, February 23, 2009 at 9:00 a.m.

5 IT IS FURTHER ORDERED, that the time between February 9, 2009 through and
6 including February 23, 2009, shall be excluded as the reasonable time necessary for effective
7 defense preparation, pursuant to the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).

9 IT IS SO ORDERED.

10 DATED: 2/12/09

_____
RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE